No. 478. SACHS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edward Bennett Williams, Steven M. Umin, Morris A. Shenker,* and *Bernard J. Mellman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 481. NOBLE DRILLING CORP. *v.* SMITH. C. A. 5th Cir. Certiorari denied. *W. Ford Reese* for petitioner.

No. 485. GALEWITZ ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Murray Kurman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Michael B. Arkin* for respondent.

No. 487. WILKERSON ET AL. *v.* WATERFORD PARK, INC., ET AL. Sup. Ct. App. W. Va. Certiorari denied. *Williamson Pell, Jr.,* for petitioners.

No. 489. SHELTON ET AL. *v.* CITY OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied. *Bernard E. Epton* and *Alan R. Miller* for petitioners. *Raymond F. Simon* and *Marvin E. Aspen* for City of Chicago, and *Daniel P. Coman, Dean H. Bilton,* and *Thomas E. Brannigan* for County of Cook, respondents.

No. 492. SAILORS HAVEN FIRE ISLAND, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Seymour S. Ross* for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa,* and *Roger P. Marquis* for the United States.